## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

STACEY NICHOLE FARMER,

       Petitioner,

v.                                  CIVIL ACTION NO. 3:26-0231

WARDEN,

       Respondent.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Petition for Writ of Habeas Corpus (ECF No. 1) be denied and this action be dismissed without prejudice and removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS**, consistent with the findings and recommendations, that the Petition for Writ of Habeas Corpus (ECF No. 1) be **DENIED** and this action be **DISMISSED** without prejudice and **REMOVED** from the docket of the Court.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                ENTER:     August 6, 2026

                ROBERT C. CHAMBERS
                UNITED STATES DISTRICT JUDGE